373 A.2d 1131

Commonwealth v. Morris, Appellant.

Submitted September 13, 1976. James A. Lynch, for appellant; Anna Iwachiw Vadino and Ralph B. D'Iorio, Assistant District Attorneys, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.